U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN M. HUNTER | CIVIL ACTION NO. 06-1745 |
| VS. | SECTION P |
| UNITED STATES PAROLE COMMISSION | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that this petition for writ of *habeas corpus* is DENIED AND DISMISSED WITH PREJUDICE since it plainly appears from the face of the petition that the petitioner is not entitled to relief.

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 29th day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE