

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN M HUNTER | CIVIL ACTION NO. 1:06CV1745 |
| VERSUS | JUDGE DRELL |
| US PAROLE COMMISSION | MAGISTRATE JUDGE KIRK |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

 The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _ALEXANDRIA_, Louisiana, this _25_ Day of _January_ 2007.

Dee D. Drell
UNITED STATES DISTRICT JUDGE