

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

STEVEN M. HUNTER,
    Petitioner

CIVIL ACTION
Section "P"
NO. CV06-1745-A

VERSUS

U.S. PAROLE COMMISSION,
    Respondent

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Hunter's "emergency motion for summary judgment" (Doc. 28) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 4th day of August, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE